Sanna-Rae Taylor (Utah Bar No. 12687)
TAFT STETTINIUS & HOLLISTER
425 Walnut St Ste 1800
Cincinnati, OH 45202
srtaylor@taftlaw.com
(513) 381-2838

_____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT COURT OF UTAH

| | |
|---|---|
| **OPTCONNECT MANAGEMENT, LLC**, | **COMPLAINT** |
| a Utah limited liability company, | **JURY DEMANDED** |
| Plaintiff, | Case No. |
| | Hon. |
| v | |
| **CLARK, SHARP AND REYNOLDS, (d/b/a COINSOURCE)**, a Texas limited liability company, | |
| Defendant. | |

_____

### COMPLAINT

Plaintiff OptConnect Management, LLC ("OptConnect" or "Plaintiff"), through its counsel, Taft, Stettinius & Hollister, L.P., hereby alleges and complains against Defendant Clark, Sharp, and Reynolds, LLC (d/b/a CoinSource) ("CoinSource" or "Defendant") as follows:

### INTRODUCTION

1. CoinSource agreed to pay OptConnect in exchange for OptConnect's provision of products and services.

2. OptConnect provided the products and services, but CoinSource did not pay.

3. As a result, CoinSource now owes OptConnect at least $1,060,201.48, plus accruing interest, costs, and attorneys' fees—and the amount continues to grow.

4. CoinSource promised to make payments to satisfy its debt, but never did.

5. The agreement between OptConnect and CoinSource is evidenced by the Master Products and Services Agreement executed on January 5, 2016 (the "Agreement"), including amendments thereto, and the related unpaid invoices sent to CoinSource (the "Invoices"). True and correct copies of the Agreement and the Invoices are attached to this Complaint **as Exh. 1 and 2,** respectively, and are incorporated into the Complaint by reference.

6. CoinSource has failed to meet its obligations and has repeatedly breached the Agreement, resulting in outstanding debt and damages to OptConnect of more than $1,000,000.00.

7. Despite repeated attempts by OptConnect to work with CoinSource to resolve CoinSource's breaches of the Agreement, CoinSource has failed to meet its obligations. OptConnect is bringing this breach of contract action against CoinSource for just compensation, damages, and all other available remedies arising from the harms caused by CoinSource's breach of the Agreement.

## PARTIES, JURISDICTION, AND VENUE

8. Plaintiff OptConnect is a limited liability company organized under the laws of the State of Utah and has its principal place of business in Kaysville, Utah. At all relevant times, OptConnect is and has been a provider of internet connectivity hardware and related services.

9. Defendant CoinSource is a Texas limited liability company doing business as CoinSource, with a principal place of business in Fort Worth, Texas. Several of CoinSource's members also reside in Forth Worth, Texas. At all relevant times, CoinSource is and has held itself

out as an operator of automated teller machines ("ATMs") exclusive to cryptocurrencies such as Bitcoin and conducts its business nationwide, including in Utah.

10. The Court has subject matter jurisdiction over this matter pursuant to 28 USC § 1332 as the parties are citizens of different states and the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.

11. This Court has personal jurisdiction over CoinSource because CoinSource consented to this Court's jurisdiction in the Agreement. **Agreement, Exh. 1 at ¶ 16.** In addition, CoinSource continuously conducts business in Utah through the ownership and operation of several ATMs located within the state.

12. Venue is proper in this county because the parties agreed that "[t]he jurisdiction and venue for any legal proceeding to interpret or enforce this Master Agreement shall be in Salt Lake County, Utah." **Agreement, Exh. 1 at ¶ 16.** In addition, CoinSource conducts business in Utah through the continuous ownership and operation of at least one ATM located in Salt Lake City, Utah.

## COINSOURCE AGREED TO PAY OPTCONNECT

13. On or about January 5, 2016, OptConnect and CoinSource entered into the Agreement.

14. This Agreement set forth the terms and conditions under which OptConnect was to provide certain wireless and cellular connectivity solutions and support services to CoinSource for use in their ATMs.

15. Pursuant to the Agreement, CoinSource agreed to pay the per unit purchase prices for its purchase of OptConnect's products and the per unit monthly service charges for its rental of the Products and its purchase of the Services.

16. Consistent with the Agreement, monthly invoices stating the amounts owed and past due were sent to CoinSource.

17. Along with each of these invoices, a customer order form was also sent to CoinSource. On these forms, CoinSource continued to reaffirm its Agreement with OptConnect:

### COINSOURCE STOPPED PAYING AND STARTED DEFRAUDING OPTCONNECT

18. Pursuant to the Agreement, all payments made by CoinSource to OptConnect on the invoices, were to be timely made by ACH payment. **Agreement, Exh. 1 at ¶ 22.**

19. In or around the beginning of 2021, CoinSource began failing to make payments to OptConnect. By July 31, 2021, CoinSource had accrued over $94,000.00 in unpaid invoices (the "2021 Invoices").

20. After July of 2021 payments resumed until August of 2022. At that time, the regularly scheduled ACH payments from CoinSource to OptConnect were rejected and CoinSource stopped paying the monthly invoices.

21. On August 31, 2022, Blake Barber, a representative of OptConnect, reached out to the Chief Operating Officer of CoinSource Bo Oney ("Oney"), to discuss the payment of the late 2021 Invoiced amounts.

22. During this call, Oney agreed that CoinSource would pay $18,000 a month in order to pay the outstanding 2021 Invoiced amounts in full.

23. During this call, Oney also placed an order to purchase for additional wireless connection devices to be provided by OptConnect.

24. In reliance on Oney's representations that timely payment would be forthcoming, OptConnect accepted the order and delivered the devices ordered by CoinSource.

4

25. To date, however, no such payments on the past due 2021 Invoices or device purchases was ever made.

26. When Oney made the representations on August 31, 2022 that repayment of the 2021 Invoices would be forthcoming Oney:

    a. knew that representation to be false or was reckless with regard to the truth or falsity of that statement, and

    b. intended OptConnect to rely on that statement, which OptConnect did.

27. On October 19, 2022, representatives of OptConnect reached out to CoinSource attempt to work out a payment plan as the 2021 Invoices had not been paid, the devices had not been paid for, and CoinSource had missed regularly scheduled payments in August, September and October of 2021.

28. During that October 19, 2022 conversation, Oney represented that CoinSource would make a payment of at least $73,000 to OptConnect no later than October 28, 2022.

29. When Oney represented that CoinSource would make a payment to OptConnect no later than October 28, 2022, Oney:

    a. knew that representation to be false or was reckless with regard to the truth or falsity of that statement, and

    b. intended OptConnect to rely on that statement, and OptConnect did rely on this statement

30. In further reliance on the Oney's representations, OptConnect took certain actions to its detriment, including but not limited to continuing to provide service for the devices in CoinSource's possession (i.e., not suspending service) and refraining from initiating legal action against CoinSource to collect past due payments and from seeking to repossess its devices.

31. On October 25, 2022, representatives of OptConnect reached out to Oney to determine why CoinSource had failed to pay the promised amounts to OptConnect. Oney stated that the ACH did not get processed to OptConnect because CoinSource was in the process of changing cash delivery service providers from Loomis to local armored car providers which caused a disruption in cash flow because the accounts managed by the new armored car providers had not yet integrated with CoinSource's bank accounts.

32. As a result, Oney stated that the previous $73,000 payment that he promised CoinSource would pay by October 28, 2022 was cancelled. On a subsequent call on October 26, 2022 Oney advised that the $73,000 would be made the following week.

33. CoinSource never made payment of the $73,000.00 promised in the October 28, 2022 call.

34. Despite this, CoinSource did not move to terminate the Agreement.

35. CoinSource continued using the products and services offered by OptConnect and in the months that followed, Oney repeatedly represented that payment would be forthcoming to OptConnect, including in the specific statements identified below.

36. In November of 2022, Oney represented that an LOI had been signed for the purchase of certain of CoinSource's assets and that OptConnect could be expected to be paid soon from the proceeds thereof.

37. When Oney represented in November 2022 that CoinSource would pay OptConnect soon, Oney:

    a. knew that representation to be false or was reckless with regard to the truth or falsity of that statement, and

    b. intended OptConnect to rely on that statement, and OptConnect did rely on the statement.

38. In further reliance on the statement, OptConnect took certain actions to its detriment, including but not limited to keeping service active for the devices in CoinSource's possession (i.e., not suspending service) and refraining from immediately instituting legal action to collect against CoinSource or to retrieve its equipment.

39. To date, CoinSource has never made the promised payments to OptConnect.

40. On November 15, 2022, Oney represented that CoinSource planned to send devices back to OptConnect; as of December 6, 2022, only 218 devices had been returned.

41. In or around December of 2022, and additionally thereafter, Oney represented that CoinSource planned to send additional wireless connection devices and equipment back to OptConnect.

42. When Oney represented that CoinSource would return OptConnect's devices, Oney:

    a. knew that representation to be false or was reckless with regard to the truth or falsity of that statement, and

    b. intended OptConnect to rely on that statement, and OptConnect did rely on the statement.

43. In further reliance on the statements made by Oney, OptConnect took certain actions to its detriment, including but not limited to continuing to provide service to devices in CoinSource's possession (i.e., not suspending service) and refraining from immediately instituting legal action to collect against CoinSource or to retrieve its devices and equipment.

44. CoinSource never returned the remaining devices and equipment in its possession.

45. By February 2023, CoinSource owed OptConnect no less than $813,000, excluding interest.

46. In February of 2023, Oney represented to OptConnect that CoinSource was working on a deal with a secured lender in order to receive additional funds. Oney represented that once the deal with the lender closed, CoinSource would immediately pay $200,000 to OptConnect and thereafter, once certain assets of CoinSource were sold, the outstanding amounts owed on the account with OptConnect would be paid and brought current.

47. When Oney made representations in February 2023 that CoinSource was working on a deal with a secured lender, Oney:

    a. knew that representation to be false or was reckless with regard to the truth or falsity of that statement, and

    b. intended OptConnect to rely on that statement, and OptConnect relied on that statement.

48. In further reliance on the statement, OptConnect took certain actions to its detriment, including but not limited to keeping service active on the devices in CoinSource's possession (i.e., not suspending service) and refraining from immediately instituting legal action to collect against CoinSource or to retrieve its wireless connection devices and equipment.

49. CoinSource never made the promised payments to OptConnect.

50. On February 24, 2023, OptConnect suspended service to CoinSource, but CoinSource retained all products and was still required to pay certain monthly connection fees.

51. On June 6, 2023, Oney represented to OptConnect that CoinSource intended to pay OptConnect with Employee Retention Credit funds it planned to seek from the IRS. **June 6 Email, Exh. 3.**

52. At the same time on June 6, 2023, Oney also represented to OptConnect that CoinSource planned to send certain wireless connection devices and equipment back to OptConnect. **June 6 Email, Exh. 3.**

53. When Oney made representations to OptConnect in June 2023 that CoinSource planned to seek Employee Retention Credit funds, intended to pay OptConnect, and intended to send certain devices back to OptConnect, Oney:

    a. knew that representation to be false or was reckless with regard to the truth or falsity of that statement, and

    b. intended OptConnect to rely on the statements, and OptConnect did rely on the statements.

54. In further reliance on the statement, OptConnect took certain actions to its detriment, including but not limited to refraining from immediately instituting legal action to collect against CoinSource or to retrieve its devices and equipment.

55. On information and belief, CoinSource received Employee Retention Credit funds from the IRS.

56. Despite receiving additional infusions of money, CoinSource did not make the promised payment to OptConnect. To date, CoinSource has not paid any additional money, and its outstanding debt continue to grow as described above.

57. On August 1, 2023, CoinSource sent back 38 devices to OptConnect, but still wrongly retains 1,913 devices which belong to OptConnect. Despite being requested by OptConnect, CoinSource has refused to return the devices.

58. OptConnect relied, to its detriment, on the representations made by CoinSource as concerning payment of its invoices and other outstanding fees and costs owed to OptConnect as well as the promised return of OptConnect's devices and equipment, including as alleged above.

### COINSOURCE OWES OPTCONNECT MORE THAN $1,060,201 PLUS SERVICE CHARGES, FEES, AND COSTS

59. To date, CoinSource owes at least OptConnect $1,060,201.48 in unpaid invoices. **Invoices, Ex. 2.**

60. Pursuant to those invoices, CoinSource also owes an additional service charge of 1.5% per month (18% per annum), or the highest legal rate, on all delinquent invoices which, currently has accrued to $152,410.40 plus interest.

61. In addition, the Agreement clearly states that "[i]n any dispute between the parties, whether or not resulting in litigation, the prevailing party shall be entitled to recover from the other party all reasonable costs including, without limitation, reasonable attorneys' fees." **Agreement at ¶15, Ex. 1.**

62. There is a dispute between the parties insofar as CoinSource has refused to pay OptConnect the money it owes or perform all of its obligations under the Agreement.

63. Therefore, CoinSource is obligated to pay OptConnect reasonable costs of collection as described in the Agreement, including among other things, attorneys' fees incurred prior to and during the course of this law suit.

64. CoinSource also is obligated to pay the costs of OptConnect employee time and effort spent attempting to resolve the dispute with CoinSource and collect the money CoinSource owes to OptConnect in accordance with the Agreement.

65. CoinSource's failure to pay OptConnect is a breach of the Parties' express and implied agreements.

## COUNT I
## BREACH OF CONTRACT

66. OptConnect incorporates the above allegations as if fully restated here.

67. On January 5, 2016, CoinSource entered into an express written agreement with OptConnect whereby OptConnect was to provide certain products and services to CoinSource in return for monthly payments.

68. The Agreement is a valid, binding contract.

69. OptConnect performed all of its obligations under the Agreement.

70. In breach of the Agreement, CoinSource has failed to pay OptConnect the total amount owed and has therefore failed to perform its obligations under the Agreement.

71. As a result of CoinSource's refusal to pay OptConnect for the services and supplies it rendered, Colman has been damaged in the amount of $ 1,060,201.48, exclusive of service charges, accruing interest, costs, and attorneys' fees.

72. CoinSource also owes an additional service charge of 1.5% per month (18% per annum), or the highest legal rate, on all delinquent invoices which, currently amounts to $152,410.40 in interest.

73. The Agreement specifically provides that "[i]n any dispute between the parties, whether or not resulting in litigation, the prevailing party shall be entitled to recover from the other party all reasonable costs including, without limitation, reasonable attorneys' fees." Agreement at ¶15, Ex 1. Therefore, OptConnect is also contractually entitled to all costs and attorneys' fees incurred from the initiation of this dispute to its final resolution.

WHEREFORE, OptConnect respectfully requests that the Court enter a judgment against CoinSource in the amount of at least $1,212,611.88, plus accruing interest, costs, and attorneys' fees and grant OptConnect all other relief this Court deems just and proper.

## COUNT II:
## FRAUD

74. OptConnect incorporates the above allegations as if fully restated here.

75. As set forth above, Oney, on behalf of CoinSource, made material misrepresentations to OptConnect regarding CoinSource's promise to pay OptConnect. OptConnect incorporates by reference the representations alleged in detail at ¶¶20-59, *supra*.

   a. On August 31, 2022, the COO of CoinSource, Oney, represented to Optconnect that CoinSource would start making payment of the over $94,000 it owed OptConnect as a result of the unpaid 2021 Invoices in the amount of $18,000 a week. This was false as CoinSource never made payment and Oney knew that CoinSource had no intention of making that payment.

   b. On October 19, 2022, the COO of CoinSource, Oney represented that CoinSource would make a payment of at least $73,000 to OptConnect no later than October 28, 2022. This was false as CoinSource never made a payment on October 28, 2022 and Oney knew that CoinSource had no intention of making that payment.

   c. On October 26, 2022, Oney represented that to OptConnect CoinSource would make the payment of $73,000 by the following week. This was false as CoinSource never made payment the following week and Oney knew that CoinSource had no intention of making that payment.

   d. In November of 2022, Oney represented that an LOI had been signed for the purchase of certain of CoinSource's assets and that OptConnect would be paid soon. This was false as CoinSource never made any such payment to OptConnect and Oney knew that CoinSource had no intention of making that payment.

e.  In or around December of 2022, Oney began representing to OptConnect that CoinSource planned to send certain devices and equipment back to OptConnect. This was false as CoinSource never sent those devices and Oney knew that CoinSource had no intention of sending those devices back to OptConnect.

f.  In February of 2023, Oney represented to OptConnect that CoinSource was working on a deal with a secured lender in order to receive additional funds. At this time, CoinSource owed OptConnect approximately $813,000.00. Oney represented to OptConnect that once the deal with the lender closed, CoinSource would pay $200,000 to OptConnect and then once certain assets of CoinSource were sold, the account with OptConnect would be brought current. This was false as CoinSource never made any payment to OptConnect and Oney knew that CoinSource never intended to make any such payment.

g.  On June 6, 2023, Oney represented to OptConnect that CoinSource would pay OptConnect through Employee Retention Credit funds it planned to seek from the IRS. Oney also represented that CoinSource would send certain devices back to OptConnect.  **June 6 Email, Exhibit 3.** This was false as CoinSource never made any payment to OptConnect and still retains OptConnect's devices and Oney knew that CoinSource never intended to make payment or return the devices.

76. All of these representations were false at the time they were made.

77. CoinSource knew these representations were false at the time they were made and/or CoinSource made these representations recklessly or without truth and as a positive assertion.

13

78. OptConnect acted in reliance upon CoinSource's misrepresentations by not taking immediate legal action to collect the funds owed to them and by continuing to provide additional time to CoinSource to make payment.

79. OptConnect also acted in reliance upon CoinSource's misrepresentations by continuing to provide CoinSource with certain services and by allowing CoinSource to retain certain products.

80. As a direct and proximate result of CoinSource's fraud, OptConnect has suffered damages in excess of $1,212,611.88.

WHEREFORE, OptConnect respectfully requests that the Court enter a judgment against CoinSource in the amount of at $1,212,611.88 plus accruing interest, costs, and attorneys' fees and grant OptConnect all other relief this Court deems just and proper.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER, L.P.

Dated: September 21, 2023     By:    /s/ Sanna-Rae Taylor
                                     Sanna-Rae Taylor
                                     425 Walnut St Ste 1800
                                     Cincinnati, OH 45202
                                     srtaylor@taftlaw.com
                                     (513) 381-2838

14