**Exhibit 3**



Suzie Hansen <suzie.hansen@optconnect.com>

## ERC Credit - Payment June
8 messages

**Suzie Hansen** <suzie.hansen@optconnect.com>  Fri, May 19, 2023 at 4:29 PM
To: Bo Oney <bo@coinsource.net>, Wayne Vandekraak <wayne.vandekraak@optconnect.com>

Hi Bo, I hope you had a nice week.

I spoke with leadership and we would need a **100k payment June 1st for good faith.**
My accounting team is working on getting the request invoices together and I will get those to you soon.

Hear from you soon,

---

**Bo Oney** <bo@coinsource.net>  Tue, Jun 6, 2023 at 12:53 PM
To: Suzie Hansen <suzie.hansen@optconnect.com>
Cc: Wayne Vandekraak <wayne.vandekraak@optconnect.com>

Hi Suzie -

Thank you again for the call last week and Opt Connect's continued patience with Coinsource. As discussed previously, our intent is to pay a meaningful good faith payment Opt Connect from the ERC funds that will be receiving. Attached is a letter from the company that Coinsource contracted in order to receive the funds in the total amount of $1,299,880.61. While unfortunately the timeline has extended these are funds that we will receive and we have been provided an updated timeline of the beginning of July. As we discussed on our previous call I know that Opt Connect is out of patience as relates to timelines from Coinsource being extended month after month, and at this point our words are all but meaningless without some action. If I had any amount of money that I could send you this week, I would do so just to show some kind of action that we are trying everything in our power to successfully settle this matter. I have engaged our owner and CEO to see if there is any personal funds that he could possibly send to Opt Connect in good faith to buy us a little more time while we await this ERC to land. If there is anything that can be done to that end I will let you know ASAP. Other than that, I will just have to hope that Opt Connect can give us a little more time while we wait for the funds to arrive. If that is not possible, then please let me know what we can expect as next steps. I still believe that anything that we can work on and/or agree to outside of formal legal proceedings would still allow for the most funds for Coinsource to send Opt Connect in the quickest amount of time. As we discussed on our last call there is no money or unencumbered assets in the company at the moment. Our best chance at resolution is to get this ERC money in to make a payment to Opt Connect and unencumber assets which then could be sold to pay off the remaining balance. Coinsource is willing to formalize an agreement with Opt Connect to that end to avoid unnecessary litigation.

We have a number of devices that we send back to Opt Connect as well. Our warehouse employee is out this week but I will work with next week to get that exact number and plans to return those to Opt Connect ASAP. We should have another 400 - 500 devices from kiosks we are collecting over the next 60 days as well. I will keep you updated as those things progress.

Please let me know if it would be helpful to schedule a call to discuss more.

Thanks,



**Bo Oney**
Chief Operating Officer | Coinsource

**P** (817) 929-5369
**E** bo@coinsource.net

 
 

www.coinsource.net

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this

message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]

 **ERC Qualification Letter.pdf**
487K

---

**Wayne Vandekraak** <wayne.vandekraak@optconnect.com>                    Tue, Jun 6, 2023 at 6:08 PM
To: Suzie Hansen <suzie.hansen@optconnect.com>
Cc: Chris Baird <Chris.baird@optconnect.com>, Christie Kent <christie.kent@optconnect.com>, Matt Warner <matt.warner@optconnect.com>

Suzie, keep leaning on him please

[Quoted text hidden]

--
Wayne Vandekraak
CSO
503.330.1897

 **ERC Qualification Letter.pdf**
487K

---

**Suzie Hansen** <suzie.hansen@optconnect.com>                            Tue, Jun 6, 2023 at 6:30 PM
To: Wayne Vandekraak <wayne.vandekraak@optconnect.com>
Cc: Chris Baird <Chris.baird@optconnect.com>, Christie Kent <christie.kent@optconnect.com>, Matt Warner <matt.warner@optconnect.com>

Wayne, will do.

[Quoted text hidden]

---

**Bo Oney** <bo@coinsource.net>                                           Thu, Jun 15, 2023 at 5:07 PM
To: Suzie Hansen <suzie.hansen@optconnect.com>
Cc: Wayne Vandekraak <wayne.vandekraak@optconnect.com>

Hi Suzie -

I wanted to follow-up on my email from last week and see if there was any feedback from Opt Connect? Happy to schedule a call to discuss further as well if that is helpful.

Thank you,

**Bo Oney**
Chief Operating Officer **|** Coinsource

**P** (817) 929-5369
**E** bo@coinsource.net

**www.coinsource.net**



CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]

**Suzie Hansen** <suzie.hansen@optconnect.com>                                                                Fri, Jun 16, 2023 at 5:15 PM
To: Bo Oney <bo@coinsource.net>
Cc: Wayne Vandekraak <wayne.vandekraak@optconnect.com>

Hi Bo, I hope you are doing well.

Let's set up a call for next week. Please let me know your availability, Wednesday or Thursday.

Thanks and have a great weekend,

[Quoted text hidden]

---

**Bo Oney** <bo@coinsource.net>                                                                               Tue, Jun 20, 2023 at 2:31 PM
To: Suzie Hansen <suzie.hansen@optconnect.com>
Cc: Wayne Vandekraak <wayne.vandekraak@optconnect.com>

Hi Suzie -

I was traveling Friday and yesterday. Tomorrow, I am available any time after 1pm CT, on Thursday I am available anytime between 11am - 4pm CT.

Thanks,



**Bo Oney**
Chief Operating Officer | Coinsource

**P** (817) 929-5369
**E** bo@coinsource.net

**www.coinsource.net**

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

[Quoted text hidden]

---

**Suzie Hansen** <suzie.hansen@optconnect.com>                                                                Tue, Jun 20, 2023 at 2:35 PM
To: Bo Oney <bo@coinsource.net>
Cc: Wayne Vandekraak <wayne.vandekraak@optconnect.com>

Hi Bo, thank you for the time, I will send out an invite for tomorrow.
Best,

[Quoted text hidden]