Sanna-Rae Taylor (Utah Bar No. 12687)
TAFT STETTINIUS & HOLLISTER
425 Walnut St Ste 1800
Cincinnati, OH 45202
srtaylor@taftlaw.com
(513) 381-2838

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

**OPTCONNECT MANAGEMENT, LLC**,

a Utah limited
liability company,

    Plaintiff,

v

**CLARK, SHARP AND REYNOLDS,
(d/b/a COINSOURCE)**,

a Texas limited
liability company,

    Defendant.

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

Case No. 2:23-cv-00654-TC
Hon. Tena Campbell

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff OptConnect Management, LLC ("Plaintiff"), hereby gives notice that this action is voluntarily dismissed. Defendant Clark Sharp and Reynolds (d/b/a CoinSource) has not served an answer or motion for summary judgment in this action and the Plaintiff has not previously dismissed any previous action based on or including the same claims. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 5, 2023	Respectfully submitted,

*/s/ Sana-Rae Taylor*
Sanna-Rae Taylor (Utah Bar No. 12687)
TAFT STETTINIUS & HOLLISTER
425 Walnut St Ste 1800
Cincinnati, OH 45202
srtaylor@taftlaw.com
(513) 381-2838

129268698v1